CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Walid A. Muhammad-KG-4496
**Full Name of Plaintiff        Inmate Number**

v.

Gwen Wynn
**Name of Defendant 1**

Albert Monk
**Name of Defendant 2**

Jack Cronin
**Name of Defendant 3**

Paul Huston
**Name of Defendant 4**

Larry Saucer
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:24-CV-1405
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(X) No Jury Trial Demand

FILED
SCRANTON

AUG 20 2024

PER _____
DEPUTY CLERK

I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

X Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Name (Last, First, MI): Muhammad Walid A

Inmate Number: KG-4796

Place of Confinement: Mahanoy State Correctional Institution

Address: 301 Grey Line Drive

City, County, State, Zip Code: 301 Grey Line Drive Frackville PA. 17931

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Name (Last, First): Wynn Gwen

Current Job Title: Corrections Officer

Current Work Address: 301 Grey Line Drive

City, County, State, Zip Code: Frackville PA. 17931

**Defendant 2:**

Name (Last, First): MONK ALBERT

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

**Defendant 3:**

Name (Last, First): CRONIN JACK

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

**Defendant 4:**

Name (Last, First): HUSTON PAUL

Current Job Title: CORRECTIONS OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

**Defendant 5:**

Name (Last, First): SAUCER LARRY

Current Job Title: CORRECTIONS Sgt. OFFICER

Current Work Address: 301 GREY LINE DRIVE

City, County, State, Zip Code: FRACKVILLE PA. 17931

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

THESE EVENTS TOOK PLACE AT MAHANOY STATE CORRECTIONAL INSTITUTION ON 7-22-2024

B. On what date did the events giving rise to your claim(s) occur?

THESE EVENTS OCCURED ON 7-22-2024

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

THE DEFENDANTS ARE A UNLAWFUL RESTRAINT CONSTRAINT DURESS A FREEMASONRY BLACK MAGIC INTRUSIVE FORCE RIGGED FOR DECEPTIVE DISHONEST MEANS SUPPLANT SURREPTITIOUS CLANDESTINE SECRECY FOR EVIL AND ILLICIT UNAUTHORIZED PURPOSES COERCE IMPUTE PLAGIARY PLOT VEX THEY ARE A METAPHORICAL IMAGERY APPEARANCE INCUBUS NARCOLEPSY FORCE THEY FORCED THEIR WAY UP MY RECTUM SIMULTANEOUSLY AND SEVER THEIR WAY THROUGH MY SYSTEM INTO MY FACE MAR EYES AND HEAD A INTERNAL INWARD WITH-IN INFEST SUBVERT REVOLT FORCE CAUSING ME DISSERVICE DETRIMENT PERSECUTION STRAIN FRICTION DELETERIOUS DEFAME AND SLANDER CALUMNY OVERPOWERING OVERTAKING ME CAUSING PAIN AND SUFFERING THEY TRESPASS COMMIT THE OFFENSE OF TRANSGRESSION INFRINGE UPON THE PRIVACY TIME ATTENTION INVADE THE PROPERTY RIGHTS PERSON BY FORCE A VICIOUS AGGRESSION JEOPARDY SMEAR ASPERSE ANATHEMA THEY FORCED ENTRY INTO MYSELF PRISON BRUNT THEY ARE A CONSPIRING COLLUSION IMPEND IMMINENT THEY ARE A FREEMASONRY ACCOMPLICES FACE AFFLICTION THEY REFUSE TO EXTRICATE EXTIRPATE I REQUEST CONFINEMENT FOR THE DEFENDANTS. AND CONSPIRAC

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

My Constitutional Rights As Judicial Officer Is Being Violated Also My Human Rights And Equal Rights Is Being Violated

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I Am Suffering Pain From Disservice Persecution Mar Detriment Strain Deleterious Defame Calumny To My Eyes Head And Throat Also Body

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I Am Requesting Confinement For The Defendants They Refuse To Extricate

## VII.  SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Walid Abdullah Muhammad*
Signature of Plaintiff

8-12-2024
Date



Smart Communications/PA Doc
King Walid Al-Muhammad- KG1196
SCI Mahanoy
P.O. Box 33028
St. Petersburg, FL 33733

United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
AUG 20 2024
PER _____ DEPUTY CLERK

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE
FIRST-CLASS MAIL
$003.15
08/16/2024 ZIP 17932
043M31230995